JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT LORD & TAYLOR LLC
(IMPROPERLY PLED AS LORD & TAYLOR)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATALIA LORENZO,<br><br>                       Plaintiff,<br><br>v.<br><br>LORD & TAYLOR and JOHN DOES 1-5<br>and 6-10,<br><br>                    Defendants. | Civil Action No. 2:13-cv-06897-WJM-MF<br><br><br>**DEFENDANT'S DISCLOSURE<br>STATEMENT PURSUANT TO<br>FED. R. CIV. P. 7.1** |

To:    William T. Walsh
        United States District Court
        for the District of New Jersey
        M.L. King, Jr. Federal Bldg. & U.S. Courthouse
        50 Walnut Street
        Newark, NJ 07102

        Drake P. Bearden, Jr., Esq.
        Costello & Mains, P.C.
        18000 Horizon Way, Suite 800
        Mount Laurel, NJ 08054
        Attorneys for Plaintiff

        Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for Defendant Lord &

Taylor LLC (improperly pled as Lord & Taylor), a limited liability company formed in

Delaware, hereby certifies that it is a nongovernmental corporate party. The parent company

of Defendant Lord & Taylor LLC is identified herein as Lord & Taylor Holdings LLC,

formed in Delaware.  The parent company of Lord & Taylor Holdings LLC is identified

herein as Lord & Taylor Acquisition Inc., incorporated in Delaware.  Through the series of

the aforementioned parent companies, Defendant Lord & Taylor LLC is wholly owned by

Hudson's Bay Company, a publicly held corporation in Canada.

Respectfully submitted,

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890

By: s/ David B. Lichtenberg
    David B. Lichtenberg
    Lori A. Jablczynski
    ATTORNEYS FOR DEFENDANT

Dated: November 18, 2013

235480
4852-7176-1686, v. 3

2